# EXHIBIT 16

# LAW OFFICE OF DAVID HONG

David Hong, Esq.
P.O. Box 2111
Santa Clarita, CA 91386-2111

Telephone: (866) 824-8680
Facsimile: (866) 824-8680
david.hong@dhpatentlaw.com

Patent, Trademark, Copyright, Trade Secret & Related Causes

Oct. 18, 2018

Agent for Service of Process
ONTEL PRODUCTS CORP.
21 Law Dr.
Fairfield, NJ 07004
VIA USPS PRIORITY MAIL(9405803699300708954070)

Ms. JENNY T. SLOCUM, ESQ.
DICKINSON WRIGHT PLLC
1825 EYE STREET N.W., SUITE 900
WASHINGTON, D.C. 20006
VIA USPS MAIL

Re: Client: Mobius International LLC
Infringement of Trademark (PIGS IN A BLANKET; Goods:
Infringement of Copyright of PIGS IN A BLANKET
Attorney File No. 2018-08-0577

Dear Agent for Service of Process and Ms. Slocum, Esq.:

I am writing on behalf of my client Mobius International LLC (hereinafter "Mobi"). My office represents Mobi in intellectual property matters. Mobi is the owner of the intellectual property rights for the **Pigs in Blanket** silicone baking mold and the U.S. Trademark Rights for **PIGS IN A BLANKET** for use with cooking molds.

My client has become aware of your client ONTEL's product no. **"PIGGY POP."** This PIGGY POP product has nearly the same coloring and commercial impression that would cause a likelihood of confusion with my client's **Pigs in Blanket** silicone baking mold product.

ONTEL PRODUCTS CORP.; Ms. JENNY T. SLOCUM, ESQ.
Re: Client: Mobius International LLC
Attorney File No. 2018-07-0577
Oct. 18, 2018 -- Page 2

1. The product sheet uses the trademark "PIGS IN A BLANKET" to sell the PIGGY POPS baking mold – violation of my client's trademark rights and is unfair competition.

2. The PIGGY POPS baking mold is a nearly or substantially similar in shape, dimension and appearance, and it uses a similar pink color to my client's product.

3. Use of marketing terms: "EASY AS 1, 2 and 3" and showing (1) the pouring/filling the mold with batter, (2) placing a small hotdog/sausage within the mold with batter; and (3) showing the finished baked item with a sliced open baked good that shows the hotdog/sausage within the baked good.

Use of the same or substantially similar packaging, coloring and descriptions or any variation thereof by your company infringes upon Mobi's copyright, trademark and trade dress rights and causes a likelihood of confusion as to the source or origin of my company's products in violation of Sections 2, 32 and 43(a) of the Lanham Act, 15 U.S.C. § 1051 et seq., 15 U.S.C. § 1114, et. seq., and 15 U.S.C. § 1125(a).

See also California unfair trade practices and unfair competition law, California Business and Profession Code § 17200 et. seq. and § 14330 et. seq. and California common law.

Federal and State trademark and unfair competition laws and Federal copyright laws (Copyright Act of 1976, 17 U.S.C. §101 et seq.) provide trademark and copyright owners the right to seek statutory, equitable and monetary damages, including treble damages and attorney fees, for copyright and trademark infringement.

We demand that your company comply with the following:

1. Immediately cease from using similar colors and descriptions or any connotation thereof, on your PIGGY POPS baking molds that would cause a likelihood of confusion with MOBI's PIGS IN A BLANKET silicone baking mold product.

2. Stop using the mark PIGS IN A BLANKET with the sale and marketing of your client's baking molds. To refer to the type of food being made (pigs in a blanket), it would be better to use a smaller font size and a different location.

ONTEL PRODUCTS CORP.; Ms. JENNY T. SLOCUM, ESQ.
Re: Client: Mobius International LLC
Attorney File No. 2018-07-0577
Oct. 18, 2018 -- Page 3

3. Within ten (10) days, provide a written statement that your company or companies have ceased making any and all use of similar packaging, colors and descriptions or any connotation thereof, on your PIGGY POP products and that your companies will permanently desist from and make no further use of similar packaging, colors and descriptions or any connotation thereof, on your PIGGY POPS mold products or designation confusingly similar thereto.

We hope to amicably resolve this dispute, and please contact me no later than ten (10) days from the receipt of this letter.

This letter is not intended as a full statement of all of the facts in this matter, nor a waiver of any of my company's rights or remedies, whether at law or in equity, all of which are expressly reserved.

Very truly yours,

/s/ - David Hong, Esq.

ONTEL PRODUCTS CORP.; Ms. JENNY T. SLOCUM, ESQ.
Re: Client: Mobius International LLC
Attorney File No. 2018-07-0577
Oct. 18 2018 -- Page 4



Case 2:22-cv-00156-JRG-RSP   Document 17-16   Filed 07/07/23   Page 6 of 9 PageID #: 292



# mobi
## inspired by you

**2018 PRODUCT CATALOG**

Case 2:22-cv-00156-JRG-RSP  Document 17-16  Filed 07/07/23  Page 7 of 9 PageID #: 293

# KITCHEN GADGETS

Every kitchen needs a gadget here or there to make cooking easier. **Mobi gadgets** are not only made with high quality materials but also fun to use. Using Mobi gadgets will sure to bring a smile to your face.



Easy as 1, 2, 3…

Silicone mold is BPA free

Pigs in a Blanket… America's favorite snack!!!



**Silicone Egg Mold —
Rocket**
16-010-0001 (light blue)
**UPC:** 64346218044



**Silicone Egg Mold —
Flower**
16-011-0007 (yellow)
**UPC:** 643462180455



**Silicone Egg Mold —
Heart**
16-012-0006 (pink)
**UPC:** 643462180462



**Pigs in a Blanket Mold**
16-030-0006 (pink)
**UPC:** 643462180882



**Little Piggy Pancake Molds**
16-020-0006 (pink)
**UPC:** 643462180899



**Silicone Egg Mold —
Panda**
16-013-0003 (blue)
**UPC:** 643462180479



**Silicone Egg Mold —
Alien**
16-014-0004 (red)
**UPC:** 643462180486



**Silicone Egg Mold —
Frog**
16-015-0009 (green)
**UPC:** 643462180493





**Folding Microwave Tray**
16-050-0004 (red)
**UPC:** 643462180950



**Folding Microwave Tray**
16-050-0003 (orange)
**UPC:** 643462179084



**Folding Microwave Tray**
16-050-0010 (blue)
**UPC:** 643462180943

Holds all standard
plate and bowl sizes





**Safety Can Opener**
16-001-0203 (orange/gray)
**UPC:** 643462180349

Compact
folding for
space saving
storage





Mobius International LLC
San Francisco, CA USA
mobicreations.com

  

DESIGNED IN THE USA | BPA Free